# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

MATTHEW J. KING,

    Plaintiff,

vs.

AMY CALDERWOOD, *et al.*,

    Defendants.

Case No. 2:13-cv-02080-GMN-PAL

**ORDER**

This action is a *pro se* civil rights complaint filed pursuant to 42 U.S.C. § 1983 by a state prisoner. The Court filed a screening order in this action on May 5, 2014, which imposed a 90-day stay and required the Attorney General to file a status report at the conclusion of the stay. (ECF No. 6). On August 4, 2014, the Attorney General filed a status report indicating that a mediation conference was scheduled for August 8, 2014. (ECF No. 10). According to the court minutes of the mediation conference, a settlement was not reached. (ECF No. 11). As such, respondents are required to file an amended status report reflecting how they will to proceed in this matter.

**IT IS THEREFORE ORDERED** that within **twenty (20) days** of the date of entry of this order, the Office of the Attorney General **SHALL FILE** an amended status report, using the form provided with the screening order of May 5, 2014.

DATED this 5th day of September, 2014.

                                            UNITED STATES MAGISTRATE JUDGE