CATHERINE CORTEZ MASTO
Attorney General
MERCEDES S. MENENDEZ
Deputy Attorney General
Nevada Bar No. 9443
Public Safety Division
555 E. Washington Ave., Ste. 3900
Las Vegas, Nevada 89101
T: (702) 486-2625
F: (702) 486-3773
mmenendez@ag.nv.gov
*Attorneys for Defendants Amy Calderwood, James G. Cox, Roland Daniels, Cary Leavitt, Jennifer Nash, Chad Smith, and James Larry Wuest*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MATHEW J. KING,<br><br>    Plaintiff,<br><br>vs.<br><br>JAMES G. COX, JENNIFER NASH, QUENTIN BYRNE, CCSIII LEAVITT, CCSIII GRAHAM, CCSIII WUEST, ROLAND DANIELS, CCS SMITH, AMY CALDERWOOD, et al.,<br><br>    Defendants. | CASE NO.: 2:13-cv-02080-GMN-PAL<br><br>**DEFENDANTS' MOTION FOR LEAVE TO FILE MEDICAL RECORDS UNDER SEAL**<br><br>**AND ORDER** |

Defendants, Amy Calderwood, James G. Cox, Roland Daniels, Cary Leavitt, Jennifer Nash, Chad Smith, and James Larry Wuest, by and through their counsel, Attorney General Catherine Cortez Masto, and Deputy Attorney General Mercedes S. Menendez, of the State of Nevada, Office of the Attorney General, hereby move for leave to file *under seal* Exhibit G to Defendant's Motion for Summary Judgment, which contain Plaintiff's medical records. This Motion is made and based on the following Memorandum of Points and Authorities as well as all pleadings and papers on file in this case.

## MEMORANDUM OF POINTS AND AUTHORITIES

Defendant seeks leave to file Exhibit G to Defendant's Motion for Summary Judgment, consisting of Plaintiff's relevant Medical Records, under seal. Plaintiff's medical records are

1

confidential in nature pursuant to Administrative Regulation 569.02(12) ("Department records, filed and information pertaining to individual inmates who are not specifically approved for release in the regulation are confidential").  *See* NRS 449.720(2); NRS 629.061(5). Accordingly, Defendant seeks to file Plaintiff's medical records under seal to prevent their entry into the public record.

      Based on the foregoing, Defendants respectfully request that this Court grant Defendants' Motion for Leave to File Under Seal Exhibit G, medical records, in Support of Defendant's Motion for Summary Judgment.

      DATED this 15th day of December, 2014.

Respectfully submitted,

CATHERINE CORTEZ MASTO
Attorney General

By:    /s/ Mercedes S. Menendez
      MERCEDES S. MENENDEZ
      Deputy Attorney General
      *Attorneys for Defendants*

**IT IS SO ORDERED.**

_____
Gloria M. Navarro, Chief Judge
United States District Court

**DATED: 01/09/2015**