1

2

3

4                        UNITED STATES DISTRICT COURT

5                              DISTRICT OF NEVADA

6                                     * * *

7    MATTHEW J. KING,                          Case No. 2:13-cv-02080-GMN-PAL

8                            Plaintiff,

         v.                                                  **ORDER**
9
     AMY CALDERWOOD, et al.,                       (Mtn for Contempt – Dkt. #54)
10                                                (Mtn to Extend Time – Dkt. #63)
                             Defendants.
11

12         This matter is before the Court on Plaintiff Matthew J. King's Motion for Contempt (Dkt.

13   #54) and Defendants' Motion to Extend Time to Respond to Plaintiff's Motion for Contempt

14   (Dkt. #63).   Plaintiff is a prisoner proceeding in this civil rights action *pro se* and *in forma*

15   *pauperis*.  These matters were referred to the undersigned pursuant to the provisions of 28 U.S.C.

16   § 636(b)(1)(B) and LR 1-3 and 1-9.  The Court has considered the Motions and related briefing.

17         Plaintiff's Motion for Contempt (Dkt. #54) asks the Court to find Defendants in contempt

18   for their failure to file a reply brief in support of the Motion for Summary Judgment (Dkt. #29).

19   Defendants failed to timely oppose this motion.[1]   Nevertheless, there is no legal basis to find

20   Defendants in contempt because the challenged failure did not violate a procedural rule or court

21   order.

22         The plain language of Local Rule 7-2, which addresses the briefing schedule for

23   summary judgment motions, shows that filing a reply is optional:

24
               The time for filing of a motion of summary judgment shall be
25             governed by Federal Rules of Civil Procedure 56(b). A party
               opposing the [summary judgment] motion must file a response
26             within twenty-one (21) days after the motion is served or a

27   _____

28   [1] The Local Rules of this Court explain that a "failure of an opposing party to file points and authorities in response
     to any motion shall constitute a consent to the granting of the motion."  LR 7-2(d).

                                                   1

1   responsive pleading is due, whichever is later. *The movant may file a reply* within fourteen (14) days after the response is served.

2   LR 7-2(e) (emphasis added).

3   Plaintiff contends that the lack of a reply brief disobeyed the Court's Order (Dkt. #30),

4   which stated that a moving party shall have "fourteen (14) days for a motion for summary

5   judgment, after filing of the opposing points and authorities within which to file and serve reply

6   points." *Id*. at 3.  Plaintiff's Response (Dkt. #34) to Defendants' motion for summary judgment

7   was filed on January 6, 2015, which set a reply deadline for January 23rd.   Local Rule 7-2

8   permits, but does not require a party to file a reply brief.  Similarly, the court's *Klingele* order

9   permitted, but did not require a reply brief to be filed.  When the Defendants did not file a reply

10   within 14 days, the district judge considered the motion and opposition.  *See* Order (Dkt. #58).

11   As the non-moving party who filed an opposition to Defendants' summary judgment motion,

12   Plaintiff was not prejudiced by the Defendants' decision to forgo a reply.  In fact, filing a reply

13   would have given the Defendants the last opportunity to persuade the district judge the case

14   should be dismissed.  No cause exists for the Court to make a finding of contempt and Plaintiff's

15   Motion will be denied.

16   Defendants' Motion to Extend Time to Respond to Plaintiff's Motion for Contempt (Dkt.

17   #63) is denied.

18   Accordingly,

19   **IT IS ORDERED:**

20   1.   Plaintiff's Motion for Contempt (Dkt. #54) is **DENIED**.

21   2.   Defendants' Motion to Extend Time to Respond to Plaintiff's Motion for

22   Contempt (Dkt. #63) is **DENIED**.

23   Dated this 21st day of May, 2015.

24

25   _____
       PEGGY A. LEEN

26   UNITED STATES MAGISTRATE JUDGE

27

28