# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

Matthew J. King

　　　　　　　　　　　Plaintiff,

V.

CCS1 Amy Calderwood, et.al

　　　　　　　　　　　Defendants.

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:13-cv-02080-GMN-PAL

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.**  A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of Defendants and against Plaintiff.

9/13/2016　　　　　　　　　　　　　　　　/s/ Lance S. Wilson

Date　　　　　　　　　　　　　　　　　　Clerk

　　　　　　　　　　　　　　　　　　　　/s/ALipski

　　　　　　　　　　　　　　　　　　　　(By) Deputy Clerk